# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DARRELL CLAY COX**                                                        **PLAINTIFF**

**v.**                      No. 3:15–CV–190-SWW–PSH

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Cox's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 6th day of July 2016.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE