**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DARRELL CLAY COX**                                                                                   **PLAINTIFF**

**v.**                              **No. 3:15–CV–190-SWW–PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Darrell Clay Cox's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED, this 6th day of July 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE